**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                      No. 97-7075

ALAN SMITH, a/k/a "Smitty,"
Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Virginia, at Norfolk.
Robert G. Doumar, Senior District Judge.
(CR-94-54-2, CA-97-405-2)

Submitted: September 10, 1998

Decided: September 28, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Alan Smith, Appellant Pro Se. Laura Marie Everhart, Assistant
United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Alan Smith appeals from the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), as barred by the statute's one-year limitations period. Smith's conviction became final in 1994, and he filed his motion on April 17, 1997. Because Smith had until April 23, 1997 to file his § 2255 motion, we conclude that it was not time-barred. See Brown v. Angelone, ___ F.3d ___, 1998 WL 389030 (4th Cir. July 14, 1998) (Nos. 96-7173, 96-7208). Accordingly, we grant a certificate of appealability on this issue, vacate the district court's order, and remand for further proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED

2